DAY PITNEY LLP
ONE JEFFERSON ROAD
PARSIPPANY, NJ 07054-2891
(973) 966-6300
TKELLY@DAYPITNEY.COM

ATTORNEYS FOR
DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAHYA MOSSALAMY, | : Civil Action No: 2:18-cv-1581(JMV)(SCM) |
| Plaintiff, | : |
| v. | : Civil Action |
| UNITED PARCEL SERVICE, INC., | : STIPULATION OF DISMISSAL |
| Defendant. | : WITH PREJUDICE |

By stipulation of the undersigned Plaintiff Yahya Mossalamy dismisses all claims in this matter with prejudice and without costs or attorneys' fees to any party.

Goldman Davis Krumholz & Dillon, P.C.
Attorneys for Plaintiff

By: _____
PAULA M. DILLON

DATED: Jan 29, 2019

DAY PITNEY LLP
Attorneys for Defendant

By: _____
THERESA A. KELLY

DATED: March 6, 2019

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:    3/12/19

1019143682